UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PIONEER NATURAL RESOURCES,
U.S.A., INC., ET AL

VERSUS                                            CIVIL ACTION NO.: 08-227-JVP-DLD

ZURICH AMERICAN INSURANCE CO.,
ET AL

# RULING ON MOTION FOR MOTION TO REMAND

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Dalby dated January 6, 2009 (doc. 56). Plaintiff has filed an objection and defendant has filed a response to that objection, which merely restate legal argument and do not require *de novo* factual findings under 28 U.S.C. § 636.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the motion to remand and for costs (doc. 5) is hereby **DENIED**.

Baton Rouge, Louisiana, February 10th, 2009.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA